**No. 09-10619. Gerald L. Rogers, Petitioner v. Mary L. Schapiro, Chairman, Securities and Exchange Commission, et al.**

562 U.S. 823, 131 S. Ct. 382, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6493.

October 4, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-10698. E. Lynn Peruzovic, Petitioner v. John C. Miley, et al.**

562 U.S. 823, 131 S. Ct. 383, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6272.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 411 Md. 601, 984 A.2d 245.

**No. 09-10808. Bobby Len Franklin, Petitioner v. Mark Chatterton, et al.**

562 U.S. 824, 131 S. Ct. 383, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6491.

October 4, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-10896. Fred E. Christian, Petitioner v. Frank Bommarito Oldsmobile, Inc., dba Bommarito Infinity.**

562 U.S. 823, 131 S. Ct. 383, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6660.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied.

Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10905. Margaret Musleve, Petitioner v. Jeffrey Musleve.**

562 U.S. 823, 131 S. Ct. 383, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6311.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10937. Gerald F. Warren, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 823, 131 S. Ct. 383, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6561.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 360 Fed. Appx. 136.

**No. 09-11126. J. Doe, Petitioner v. Richard L. Duncan, et al.**

562 U.S. 823, 131 S. Ct. 384, 178 L. Ed. 2d 18, 2010 U.S. LEXIS 6553.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis